IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR78 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN RIOS-AVILES, MIGUEL | ) | ORDER |
| VENARCIO, and JOSE CORRALES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 115).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's request for leave to dismiss the indictment filed herein is granted.  The indictment as it relates to defendants Juan Rios-Aviles, Miguel Venarcio, and Jose Corrales is dismissed without prejudice.

DATED this 21st day of April, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court